1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

10

11   CHARLES HALL,                          Case No. CV 25-06738-KK(AS)

12                    Petitioner,           **ORDER ACCEPTING FINDINGS,**

13       v.                                 **CONCLUSIONS AND**

14                                          **RECOMMENDATIONS OF UNITED**
     THE  PEOPLE  OF  THE  STATE  OF
15                                          **STATES MAGISTRTE JUDGE**
     CALIFORNIA,
16

17                    Respondent.

18

19       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

20   Petition, all of the records herein and the attached Report and

21   Recommendation of United States Magistrate Judge to which no

22   objections were filed. Accordingly, the Court concurs with and

23   accepts the findings and conclusions of the Magistrate Judge.

24

25       **IT IS ORDERED** that Judgment be entered denying the Petition

26   and dismissing this action with prejudice.

27

28

1      **IT IS FURTHER ORDERED** that the Clerk serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and the

3  Judgment herein on counsel for Petitioner and counsel for

4  Respondent.

5

6      **LET JUDGMENT BE ENTERED ACCORDINGLY**

7

DATED: November 25, 2025

8

9                       _____

10                         KENLY KIYA KATO
               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2